**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.**

|  |  |
|---|---|
| Center for Biological Diversity | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| United States Fish and Wildlife Service | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Center for Biological Diversity who is Plaintiff ,
(name of party)          (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES  ◯          NO  ●

2. Does party have any parent corporations?

   YES  ◯          NO  ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES  ◯          NO  ●

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ◉

If yes, identify entity and nature of interest:

N/A

5. Is party a trade association?

YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

N/A

Signature: /s/ Perrin W. de Jong

Date: January 4, 2019